FILED

08 AUG 13 PM 4:07

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

08 CR 2719 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARCELO LOPEZ-MENDEZ (1),<br>DAVID LEONARDO HERRERA (2),<br>Defendants. | Criminal Case No. ________<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about August 3, 2008, within the Southern District of California, defendants MARCELO LOPEZ-MENDEZ and DAVID LEONARDO HERRERA did knowingly and intentionally import 50 kilograms and more, to wit: approximately 58.56 kilograms (128.83 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

//

SLF:fer:Imperial
8/12/08

Count 2

On or about August 3, 2008, within the Southern District of California, defendants MARCELO LOPEZ-MENDEZ and DAVID LEONARDO HERRERA did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 58.56 kilograms (128.83 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: August 13, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
SABRINA L. FEVE
Assistant U.S. Attorney